UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KIMBERLY CARRIE DANIELS,<br><br>  Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>  Defendant. | Case No. 10-cv-1349-RSL-JPD<br><br>REPORT AND RECOMMENDATION |

Plaintiff brought this action to seek judicial review of the denial of her application for disability benefits by the Commissioner of the Social Security Administration. *See* Dkt. 1. The parties have stipulated that this case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). *See* Dkt. 20 at 2.

Based on the stipulation of the parties, the Court recommends that this case be REVERSED and REMANDED for further administrative proceedings. The parties have stipulated that on remand, an Administrative Law Judge ("ALJ") should conduct a de novo hearing including, but not limited to, a reevaluation of the evidence to determine whether plaintiff can perform her past relevant work at step four. *See id*. at 1. After reevaluating the evidence at step four, the ALJ should proceed as appropriate through the sequential evaluation process.

REPORT AND RECOMMENDATION
PAGE - 1

1       A proposed order accompanies this Report and Recommendation.

2       DATED this 5th day of January, 2011.

                                                                       */s/ James P. Donohue*

                                            JAMES P. DONOHUE
                                            United States Magistrate Judge